United States District Court
District of Minnesota
Civil No. 19-1238(DSD/LIB)

Wilbert Glover,

    Petitioner,

v.                                           ORDER

Warden Kathy Halvorson
and Keith Ellison, Attorney General,

    Respondents.

    This matter is before the court upon the objections by pro se plaintiff Wilbert Glover to the January 7, 2020, report and recommendation of Magistrate Judge Leo I. Brisbois (R&R). The magistrate judge recommends that the court dismiss the case. Glover timely submitted objections to the R&R, but those objections are not directly responsive to the R&R and instead simply restate certain facts he believes support his claim.

    The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The objections to the R&R [ECF No. 18] are overruled;

    2.    The R&R [ECF No. 17] is adopted in its entirety;

    3.    The motion to dismiss [ECF No. 5] is granted;

4. The petition for writ of habeas corpus [ECF No. 1] is denied; and

5. The action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 31, 2020

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court